**Opinion issued September 10, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-19-00396-CV**

———————————

**ALIANA MEDICAL MANAGEMENT, LLC AND SHAHBUDDIN K. DAREDIA, Appellants**

**V.**

**TWIN OAKS VILLAGE ASSOCIATES, LLC, Appellee**

---

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 18-DCV-248215**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed April 4, 2019. Appellants filed their notice of appeal on May 28, 2019. Because we lack jurisdiction over this appeal, we dismiss.

Generally, an appellant must file his notice of appeal within thirty days of the date that the trial court signs its judgment. *See* TEX. R. APP. P. 26.1. When an appellant files a timely post-judgment motion, the deadline to file a notice of appeal extends to 90 days after the trial court signs its judgment. *See id.* 26.1(a). But the clerk's record in this case shows that no party filed a motion for new trial. Thus, the notice of appeal was due within thirty days of the date the judgment was signed, or by May 6, 2019. Appellants did not file their notice of appeal until May 28, 2019, which is 54 days from the date the trial court signed the judgment.

An appellate court may extend the time to file a notice of appeal if the appellant files his notice of appeal within the fifteen-day period after the filing deadline and files a motion for extension. *See* TEX. R. APP. P. 26.3. But appellants did not file their notice of appeal within the fifteen-day period after the notice of appeal was due.

Appellee filed a motion to dismiss for lack of jurisdiction, advising that the notice of appeal was not timely filed and that this Court had no jurisdiction over the appeal. *See* TEX. R. APP. P. 25.1(b); 42.3(a). Appellants did not respond.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.3(c); 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.